PROB 12
REVISED (05/90)

UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**

FILED BY ____ D.C.

05 MAY -2 AM 9: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN, MEMPHIS

U.S.A. vs. ___Terrence Graham___    Docket No.___2:01CR20053-04___

**Petition on Probation and Supervised Release**

**COMES NOW** __Alice Conley__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Terrence Graham__ who was placed on supervision by the Honorable __Julia S. Gibbons__ sitting in the court at __Memphis, TN__, on the __12th__ day of __October, 2001__ who fixed the period of supervision at __four (4) years__, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall serve (6) months home detention (completed).

2. The defendant shall make restitution in the amount of $8,327.98. (Balance $5,727.98)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Terrence Graham fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Mr. Graham has paid $2,600.00 toward his restitution and has made a good faith effort to satisfy this obligation. He has an outstanding restitution balance of $5,727.98.

Camille McMullin, Assistant United States Attorney, expressed no objection to early termination of Mr. Graham's supervision.

**PRAYING THAT THE COURT WILL ORDER** that Terrence Graham be discharged from supervision with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this __2nd__ day of __May__, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5-2-05__

Respectfully,

_Alice Conley_
Alice Conley, Supervising
U.S. Probation Officer

Place: __Memphis, TN__

Date: __April 26, 2005__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 667 in case 2:01-CR-20053 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT